[No. 10182-0-I.   Division One.   November 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TODD
MARTIN SHARP, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-8-00240-6, George T. Mattson, J., entered
March 1, 1981. *Affirmed* by unpublished opinion per

Corbett, J., concurred in by Andersen, C.J., and Williams, J.